

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG/SMS/IC
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2025

<u>By ECF and E-mail</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Ernest Aiello, et al.
                <u>Criminal Docket No. 25-314 (RER)</u>

Dear Judge Cho:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                                Respectfully submitted,

                                                JOSEPH NOCELLA, JR.
                                                United States Attorney

                          By:          /s/
                                       Michael W. Gibaldi
                                       Sean M. Sherman
                                       Irisa Chen
                                       Assistant U.S. Attorney
                                       (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)